IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

CHANA CORCIA, individually
and on behalf of a class

                Plaintiff,

v

ASSET ACCEPTANCE, LLC

                Defendant.

-------------------------------------------------------X

**CLASS-ACTION COMPLAINT**
**JURY TRIAL**
**DEMANDED**

CV 13- 6404

BROWN, M.J.

Plaintiff, by her attorney The Law Offices of Shimshon Wexler, P.C., as and for her amended complaint against the defendant, on behalf of a class pursuant to Rule 23 alleges as follows:

## INTRODUCTION

1. Plaintiff brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Asset Acceptance, LLC ("Asset"). Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt and requires certain disclosures. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA).

4. Venue and personal jurisdiction in this District are proper because:

    a. Defendant does business within this District;

    b. The acts giving rise to this lawsuit occurred within this district.

## PARTIES

5. Plaintiff, Chana Corcia, is an individual who resides in Nassau County.

6. Defendant, Asset Acceptance, is a Delaware corporation with an address of service of c/o CT Corporation System, 111 Eighth Avenue in New York, NY 10011.

7. Asset Acceptance is a corporation engaged in the business of collecting debts.

8. Asset Acceptance collects for others.

9. Asset Acceptance is a debt collector as that term is defined by 15 U.S.C. §1692a(6).

## FACTS

10. Shortly after June 19th, 2013 plaintiff received a collection letter from Asset Acceptance. The letter is attached as Exhibit A.

11. In sending the June 19th, 2013 letter, Asset Acceptance was attempting to collect a debt.

12. In sending the June 19th, 2013 letter, Asset Acceptance sought to collect a financial obligation incurred for personal, family or household purposes and not for business purposes.

13. The September 17th, 2013 letter stated:

"We may report information about your account to credit bureaus. Correspondence concerning inaccuracies and disputes relating to your credit report should be sent to: P.O. Box 1630 Warren, MI 48090-1630."

14. The above statement is false, deceptive and/or misleading in a material way as the Fair Credit Reporting Act requires disputes regarding a consumer's credit report to be directed to the credit bureau who then notifies the creditor of the consumer's dispute.

## CLAIMS FOR RELIEF

### COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. The collection letters violate 15 U.S.C. §§1692 and 1692e.

17. Section 1692e entitled False or Misleading Representations provides:

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:.....

(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

18. By sending the collection letters, Asset Acceptance violated the above quoted provisions of the statue.

19. Asset Acceptance is liable to the plaintiff for statutory damages pursuant to 15 U.S.C. §1692k because of the FDCPA violations.

### CLASS ALLEGATIONS

20. Plaintiff brings this action on behalf of a class, pursuant to Federal Rules of Civil Procedure Rule 23(a) and 23(b)(3).

21. The class consists of (a) all individuals (b) with a New York address (c) who have received a collection letter in the form of Exhibit A with the words "Re: CAPITAL ONE BANK

NATIONAL ASSOCIATION" regardless of what comes after (d) on or after a date one year prior to the filing of this action and on or before a date 20 days after the filing of this action.

22. The class is so numerous that joinder of all members is not practicable. On information and belief, there are at least 40 members of the class.

23. There are questions of law and fact common to the class, which common questions predominate over any questions relating to individual class members. The predominant common questions are: (1) whether directing consumers to file disputes with the creditor rather than the credit bureau as specified in the Fair Credit Reporting Act violates the FDCPA.

24. Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

25. Plaintiff will fairly and adequately represent the class members. Plaintiff has retained counsel experienced in class actions and FDCPA litigation.

26. A class action is superior for the fair and efficient adjudication of this matter, in that:

    a. Individual actions are not economically feasible;

    b. Members of the class are likely to be unaware of their rights;

    c. Congress intended class actions to be the principal enforcement mechanism under the FDCPA.

**WHEREFORE**, the Court should enter judgment in favor of plaintiff and the class and against the defendant for:

(1) Statutory damages;

(2) Attorney's fees, litigation expenses and costs of suit;

(3) Such other and further relief as the Court deems proper.

Dated: Atlanta, Georgia
     November 13, 2013

                **The Law Offices of Shimshon Wexler, PC**

                By: _____
                Shimshon Wexler
                *Attorney for Plaintiff*
                2250 N Druid Hills Rd Suite 265
                Atlanta, Georgia 30329
                Tel: (212)760-2400
                Fax: (917)512-6132
                swexleresq@gmail.com

# Asset Acceptance, LLC

New York City License No. 1255250 & 1355663

Toll Free 877-850-0053
PO Box 2036
Warren, MI 48090-2036

EXHIBIT A

June 19, 2013

First Notice

Re: CAPITAL ONE BANK NATIONAL ASSOCIATION/NEIMAN MARCUS
Original Creditor Acct #: XXXXXXXXXXXXX2806
Creditor to Whom The Debt is Owed: Asset Acceptance, LLC
Asset Acceptance, LLC Acct #: 13-2216726
Current Balance: $789.11
Date of Last Payment to Original Creditor: September 5, 2012

Dear Chana M Corcia:

Asset Acceptance, LLC purchased and now owns the account referenced above. We would like to work with you to resolve this debt. Therefore, communications and payments regarding this account should not be made to Capital One Bank National Association/Neiman Marcus. Please call the toll free number listed below for additional information and refer to the payment coupon below for payment information.

The Current Balance may vary due to payments and/or the accrual of interest.

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume that the debt is valid. If you notify us of any such dispute in writing within 30 days from receiving this notice that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request in writing within 30 days after receiving this notice we will provide you with the name and address of the original creditor if different from the current creditor.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Christi Wright
Toll Free 877-850-0053 Ext. 0
A debt collector and representative of Asset Acceptance, LLC

We may report information about your account to credit bureaus. Correspondence concerning inaccuracies and disputes relating to your credit report should be sent to: P.O. Box 1630 Warren, MI 48090-1630.

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to us at PO Box 1658, Warren, MI 48090-1658, email us at consumercomplaints@assetacceptance.com, or call us toll-free at (877) 208-5609 between 9:00 am and 5:00 pm Eastern Standard Time, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

See Reverse Side for Important Information Regarding Privacy Policy

24COA53E01OS_0520

Detach Lower Portion and Return with Payment

Asset Acceptance, LLC Acct #: 13-2216726
Balance Past Due: $789.11

PO Box 2042
Warren MI 48090-2042
ADDRESS SERVICE REQUESTED

June 19, 2013

13-2216726-OS_0328    75647423

Chana M Corcia
44 Vinton St
Long Beach NY 11561-2608

Asset Acceptance, LLC
PO Box 2036
Warren MI 48090-2036