**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 7/21/14                                          TIME: 11:08 p.m. (15 min)

CASE NUMBER:         CV 13-6404

TITLE:                 Corcia v. Asset Acceptance

FTR RECORDER: 11:08-11:29            COURTROOM DEPUTY:   Michele Savona

OTHER: _____

_X_    CASE CALLED.

_X_    CONF (HELD / ADJ'D / CONT'D TO_____)

_X_    ARGUMENT HEARD / CONT'D TO_____.

_X_    DECISION: Reserved.

**OTHER:** _____