UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHANA CORCIA,

           Plaintiff,

  - against -

ASSET ACCEPTANCE, LLC,

           Defendant.
---------------------------------------------------------------X

**JUDGMENT**
CV-13-6404 (JFB)(GRB)

A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on July 22, 2014, granting defendant's motion to dismiss in its entirety, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion to dismiss is granted in its entirety; and that this case is hereby closed.

Dated: Central Islip, New York
        July 24, 2014

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                       BY:   /s/ CATHERINE VUKOVICH
                                        DEPUTY CLERK